TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00840-CV

Nationscredit Financial Services Corporation, Appellant

v.

Leaford D. Miller and Marlene Miller, Appellees

FROM THE COUNTY COURT AT LAW OF COMAL COUNTY

NO. 99-CV-139, HONORABLE BRENDA R. FREEMAN, JUDGE PRESIDING 

 Appellant has filed a motion to dismiss this appeal. We grant the motion and
dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

 

 Mack Kidd, Justice

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 30, 2000

Do Not Publish